UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

    -against-

RAFAEL RODRIGUEZ,

                  Defendant.

------------------------------------------------------------x

ORDER

14 Cr. 244 (GBD)

GEORGE B. DANIELS, United States District Judge:

A status conference is scheduled for January 28, 2020 at 10:00 a.m.

Dated: New York, New York
      November 20, 2019

SO ORDERED.

GEORGE B. DANIELS
United States District Judge