**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------x

UNITED STATES OF AMERICA,

    -against-                                                            ORDER

RAFAEL RODRIGUEZ,                                             14 Cr. 244-1 (GBD)

                              Defendant.

------------------------------------------x

GEORGE B. DANIELS, United States District Judge:

    The September 8, 2020 conference is canceled.

Dated: New York, New York          SO ORDERED.
       August 28, 2020

                                                  GEORGE B. DANIELS
                                                  UNITED STATES DISTRICT JUDGE